**Kristine Maciolek - another meeting**

---

| | |
|---|---|
| **From:** | "Supervisor" <supervisor@unionvaleny.us> |
| **To:** | <RRANG@tollbrothersinc.com> |
| **Date:** | 10/19/2006 11:08 AM |
| **Subject:** | another meeting |
| **CC:** | <PlanEast@aol.com>, <paulheslin@optonline.net> |

Rich,

The Town is in the process of getting our property reappraised to determine if the sale price we set a few years ago is still correct for the area. Unless there is access to Rte 55 and some idea of a commercial component there is no point is another meeting. Also, the Town Center Committee is working on density for us. We hope to have the appraisal by our first meeting in November and go from there.

Supervisor Hitsman