UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOLL BROS., INC
**Plaintiff**

-v-

RONALD A. SCHECKTER
Defendant

Case No. **ROBINSON**

Rule 7.1 Statement

FILED
U.S. DISTRICT COURT
S.D. OF N.Y.W.P.
2007 MAY 24 P 12:34

07 CIV. 4074

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TOLL BROS., INC. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

TOLL HOLDINGS, INC. HOLDS 100% OF TOLL BROS., INC. STOCK.

Date: May 24, 2007

Signature of Attorney

RICHARD J. O'KEEFFE
Attorney Bar Code:    (6316)

Form Rule7_1.pdf