UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TOLL BROS. INC.,

                Plaintiff,                07 CV 04074 (SCR)

-against-                                     JUDGMENT

RONALD A SCHECKTER,

                Defendant.
----------------------------------------X



       Whereas the above entitled action having been assigned to the Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter on September 03, 2008, having handed down an ORDER (Docket #4), dismissing this action for plaintiff's failure to serve the complaint during the time allotted by the Federal Rules of Civil Procedure, it is,

       **ORDERED, ADJUDGED AND DECREED**: that the Court having deemed this action abandoned for failure to serve the complaint during the time allotted by the Federal Rules of Civil Procedure, the above entitled action is dismissed without prejudice under F.R.C.P. 4(m), and the case is hereby closed.

Dated: White Plains, N.Y.
       September 4, 2008

                                                      **J. Michael McMahon - Clerk of Court**